COMMISSIONER OF INTERNAL REVENUE *v.*
SCHLUDE ET UX.

No. 629.   Decided June 19, 1961.

*Solicitor General Rankin, Assistant Attorney General
Rice, Harry Baum* and *George F. Lynch* for petitioner.
*Robert Ash* and *Carl F. Bauersfeld* for respondents.

PER CURIAM.

The petition for writ of certiorari is granted.   The
judgment is vacated and the case is remanded for further
consideration in the light of *American Automobile Association* v. *United States, ante,* p. 687.

MR. JUSTICE DOUGLAS dissents.

FAMILY FAIR, INC., ET AL. *v.* OHIO.

No. 754.   Decided June 19, 1961.

*J. H. Nathanson* for appellants.
*Fred A. Smith* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.   Treating the papers whereon the appeal was taken
as a petition for writ of certiorari, certiorari is denied.

MR. JUSTICE DOUGLAS is of the opinion that probable
jurisdiction should be noted.